

# THE CHONG LAW FIRM, P.A.

Licensed in:   Delaware, New Jersey, Pennsylvania

---

May 11, 2020

Honorable Maryellen Noreika
J. Caleb Boggs Federal Building
844 N. King Street
Unit 19
Room 4324
Wilmington, DE 19801

          **RE:**    **Rondevoo Technologies, LLC v. Behold.AI Technologies Inc**
                  **C.A. No.: 20-588 (MN)**
                  **Rondevoo Technologies, LLC v. Enlitic, Inc.**
                  **C.A. No.: 20-589 (MN)**
                  **Rondevoo Technologies, LLC v. Paige.AI.Inc**
                  **C.A. No.: 20-591 (MN)**
                  **Rondevoo Technologies, LLC v. Deepradiology Corporation**
                  **C.A. No.: 20-592 (MN)**
                  **Rondevoo Technologies, LLC v. Mindhsare Medical Inc.**
                  **C.A. No.: 20-593 (MN)**

**Dear Judge Noreika:**

       This letter is in response to your May 7, 2020 Order dismissing the above cases for my inexcusable failure to include all related cases on the cover sheet.  This is a clear violation of the Local Rules.  At the time of the Order I have filed 112 cases in this Court and this has not been the first time, but the second time, the Court has informed me of my error.  I have read your Order in its entirety and understand that a continued failure to comply with the Local Rules will result in an escalation of the Court's response.

                                                 Very truly yours,

                                                 */s/ Jimmy Chong*
                                                 **Jimmy Chong, Esq**
                                                 **THE CHONG LAW FIRM, P.A.**

---

| **WILMINGTON, DE** | **LANSDALE, PA** | **PHILADELPHIA, PA** |
| :---: | :---: | :---: |
| **Delaware Mailing Address** | **Pennsylvania Mailing Address** | **No Mail** |
| 2961 Centerville Rd. Ste 350 | 100 W. Main St. Ste 420 | 1845 Walnut Street, Suite 1300 |
| Wilmington, DE 19808 | Lansdale, PA  19446 | Philadelphia, PA  19103 |
| T. 302-999-9480 | T. 215-909-5204 | T. 215-909-5204 |

FAX FOR ALL LOCATIONS: 877-796-4627

WWW.CHONGLAWFIRM.COM